USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEEVEE TOONS, INC. d/b/a TVT RECORDS,

        Plaintiff,

- against -

REP SALES, INC. d/b/a RYKO DISTRIBUTION PARTNERS and DM RECORDS INC.,

        Defendants.

03 Civ. 10148 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The defendants have filed objections to the Magistrate Judge's Order dated February 24, 2006. In that Order the Magistrate Judge ruled that the defendants were not entitled to obtain "financial, tax and manufacturing records, pertinent to all recording artists associated with the plaintiff," and that "discovery in this action is limited to two recording artists with whom the plaintiff alleges it previously entered into exclusive recording services agreements ...."

The objections are **overruled**. The Order was neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a). Indeed, the Order was plainly correct. The defendants sought documents such as the profit and loss statements for the plaintiff's entire business, as well as the plaintiff's tax returns for its entire business. The defendants sought discovery far beyond the issues in this case and such discovery

1

was properly limited.  There is nothing in the Magistrate Judge's Order that limited proper discovery.

The plaintiff asks the Court to impose sanctions pursuant to 28 U.S.C. § 1927 against the defendants for having filed the current objections.  However, while the objections are plainly wrong, the Court cannot conclude that they were filed in bad faith.  The application for sanctions is therefore **denied**.

**SO ORDERED.**

Dated: New York, New York
       June 9, 2006

_____
John G. Koeltl
United States District Judge

2